No. 00–6103. COOPER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–6104. CAMPOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6120. SPIRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6136. ORTIZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–6157. JOWERS v. GREEN CHIMNEYS CHILDREN'S SERVICE. C. A. 2d Cir. Certiorari denied.

No. 00–6159. CRAWFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6178. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–110. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. SMITH. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 00–243. MCMATH v. MONTGOMERY ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–5734. DO-NGUYEN v. MESA VIEW HOMEOWNERS ASSN. ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 99–5313. MESA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 897; and

No. 99–9506. MATHIS v. HENDERSON, POSTMASTER GENERAL, 530 U. S. 1267. Petitions for rehearing denied.

OCTOBER 30, 2000

No. 99–1489. RAQUEL v. EDUCATION MANAGEMENT CORP. ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and